**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

BRYAN V. RAINEY                                                        PLAINTIFF

v.                                              CIVIL ACTION NO. 5:13-CV-P178-GNS

ERIC R. MADDEN                                                        DEFENDANT

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court

being otherwise sufficiently advised,

**IT IS ORDERED** that Defendant Eric R. Madden is **TERMINATED** as a party to this

action and the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 4(m).

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would not be taken in good faith.  *See* 28

U.S.C. § 1915(a)(3).

Date:   May 11, 2015

Greg N. Stivers, Judge
United States District Court

cc:      Plaintiff, *pro se*
4416.009